# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOY MONIQUE MILLER ) | Case No. 17-34329-KRH |
| ) | Chapter 13 |
| Debtor ) | |

## ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER came to be heard on the Motion to Incur Debt filed by the Debtor; and it

APPEARING TO THE COURT that the Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on August 29, 2017; and it

FURTHER APPEARING that the Debtor has applied for and DriveTime has approved a loan to the Debtor in the amount of $13,658.22 plus interest at 17.792% per annum to be repaid with a loan term of 69 month and bi-weekly payments of $145.71 for the purchase of a 2016 Kia Soul or similar vehicle; the Debtor needs to purchase the referenced vehicle as her previous vehicle has broken down and she needs a replacement vehicle to travel to and from work and other matters; the purchase of the vehicle is in the best interest of the Debtor and will facilitate her ability to perform under her Chapter 13 Plan filed herein; the Debtor's Chapter 13 Plan has been confirmed; and there have been no objections filed to said Motion; and it

FURTHER APPEARING that Debtor's Motion to Incur Debt should be granted; it is therefore

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

ORDERED that Debtor's Motion to Incur Debt be, and the same is hereby granted and the Debtor shall be permitted to borrow the amount of $13,658.22 plus interest at 17.792% per annum to be repaid with a loan term of 69 month and bi-weekly payments of $145.71 for the purchase of a 2016 Kia Soul or similar vehicle.

Richmond, Virginia.

Date: Jul 16 2020

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Jul 20 2020

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

SEEN AND AGREED TO:

/s/ Carl M. Bates
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

**CERTIFICATION OF COUNSEL**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ James E. Kane<br>James E. Kane

**SERVICE LIST**

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219

Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219