IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOY MONIQUE MILLER ) | Case No. 17-34329-KRH |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO EXPEDITE HEARING ON MOTION
TO INCUR DEBT AND TO SHORTEN NOTICE PERIOD**

COMES NOW the Debtor, by counsel, and moves this Court to Expedite the Hearing on her Motion to Incur Debt and to Shorten Notice Period, and in support thereof states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on August 29, 2017.

2. The Debtor has applied for and Credit Acceptance Corporation has approved a loan to the Debtor in the amount of $14542.90 plus interest at 17.99% per annum to be repaid with a loan term of 57 months and monthly payments of $382.42 for the purchase of a 2013 Ford Edge or similar vehicle.

3. The Debtor needs to purchase the referenced vehicle as her current vehicle has broken down and she needs a replacement vehicle to travel to and from work and other matters.

4. The purchase of the vehicle is in the best interest of the Debtor and will facilitate her ability to perform under her Chapter 13 Plan filed herein.

5. The Court previously entered an order granting the Debtor's Motion to Incur Debt for a loan with DriveTime. DriveTime has since withdrawn its approval of said loan.

1

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

6.       The Debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtor respectfully requests that the Court expedite the hearing on the Motion to Incur Debt, Shorten the Notice Period required for said Motion, grant relief from FRBP 6004(h) stay, and for such other relief as the Court may deem appropriate.

Dated: July 27, 2020                                  JOY MONIQUE MILLER

                                                                         By: /s/ James E. Kane
                                                                                Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATION

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1.      I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2.      I have not created the emergency through any lack of due diligence.

3.      I have made a *bona fide* effort to resolve the matter without hearing.

                                                                By: /s/ James E. Kane
                                                                     James E. Kane

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOY MONIQUE MILLER ) | Case No. 17-34329-KRH |
| ) | Chapter 13 |
| Debtor ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtor has filed papers with the Court to request an order to Expedite the hearing and to Shorten the Notice Period with respect to the Motion to Incur Debt.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **July 29, 2020 at 12:00 a.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA  23219**. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  July 28, 2020                          JOY MONIQUE MILLER

                                                                          By:  /s/ James E. Kane
                                                                                Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 17-34329-KRH<br>Eastern District of Virginia<br>Richmond<br>Fri Jun  5 15:26:47 EDT 2020 | Scolopax, LLC<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Wollemi Acquisitions, LLC c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Acceptance Now<br>Attn: Bankruptcy<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | American Medical Collection<br>PO Box 1235<br>Elmsford, NY 10523-0935 |
| Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CAC Financial Corp.<br>2601 NW Expressway<br>Oklahoma City, OK 73112-7236 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Cardiology Associates of Richm<br>P O Box 740776<br>Cincinnati, OH 45274-0776 | Cardworks/CW Nexus<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Commonwealth of Virginia<br>Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218-2156 | (p)CREDIT ADJUSTMENT BOARD INC<br>8002 DISCOVERY DRIVE<br>SUITE 311<br>RICHMOND VA 23229-8601 | Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Fingerhut<br>6250 Ridgewood Rd<br>St Cloud, MN 56303-0820 | John Randolph Med Ctr<br>P. O. Box 740760<br>Cincinnati, OH 45274-0760 |
| John Randolph Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Labcorp<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | Labratory Corporation of Ameri<br>7311 Boulder View Ln<br>Richmond, VA 23225-4953 |
| (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 |
| Mr. Holland | Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 | Navient Solutions, LLC. on behalf of<br>Educational Credit Management Corporatio<br>PO BOX 16408<br>St. Paul, MN 55116-0408 |
| Navy Federal Cr Union<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119-3700 | Office of the U. S. Attorney<br>Suntrust Building<br>919 East Main Street, Suite 1900<br>Richmond, VA 23219-4622 |

| | | |
|---|---|---|
| Patient First c/o Receivables Management Sys<br>PO Box 8630<br>Richmond, VA 23226-0630 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Account Services<br>P.O. Box 188<br>Brentwood, TN 37024-0188 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Receivable Management Inc<br>7206 Hull Street Rd Ste<br>North Chesterfield, VA 23235-5826 |
| Richard A. Cordle, Treasurer<br>Chesterfield County<br>P.O. Box 26585<br>Richmond, VA 23261-6585 | Riverview Physicians for Women<br>439 Jennick Dr<br>Colonial Heights, VA 23834-4901 | Santander Consumer USA<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Scolopax, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Sleep Clinics of America Inc<br>P.O. Box 35690<br>Richmond, VA 23235-0690 | Southside Regional Medical Cen<br>P O Box 501128<br>Petersburg, VA 23803-0000 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | TREASURER CHESTERFIELD COUNTY<br>P.O BOX 70<br>CHESTERFIELD, VA 23832-0906 |
| The CBE Group<br>Payment Processing Center<br>PO Box 2193<br>Waterloo, IA 50704-2193 | Transworld Systems<br>Collection Agency<br>500 Virginia Dr., Suite 514<br>Fort Washington, PA 19034-2733 | US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 |
| Us Dept Of Ed/Great Lakes Higher Educati<br>2401 International Lane<br>Madison, WI 53704-3121 | Us Dept Of Ed/Great Lakes Higher Educati<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3121 | Virginia Department of Tax<br>P.O. Box 2369<br>Richmond, VA 23218-2369 |
| Virginia Emergency Group<br>PO Box 660627<br>Mailstop: 42643574<br>Dallas, TX 75266-0827 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Wollemi Acquisitions, LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Carl M. Bates<br>341 Dial 866-813-0912 Code: 8576180<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Joy Monique Miller<br>21200 Hampton Ave.<br>South Chesterfield, VA 23803-2269 |
| Judy A. Robbins<br>Office of the U.S. Trustee - Region 4 -R<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219-1849 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238-0000 | Credit Adjustment Board<br>8002 DISCOVERY DR RM 311<br>Richmond, VA 23229-0000 | Lendmark Financial Services<br>2118 Usher St<br>Covington, GA 30014-0000 |
| Portfolio Recovery Associates<br>P.O. Box 12914<br>Norfolk, VA 23541-0000 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Springleaf Financial Services<br>3323 South Crater Road<br>Suite A<br>Petersburg, VA 23805-0000 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Wollemi Acquisitions, LLC, c/o AIS Portfol<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Wollemi Acquisitions, LLC, c/o AIS Portfol<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients    57<br>Bypassed recipients     2<br>Total                  59 |